

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00417-CV

| | | |
|---|---|---|
| U.S. Capital Investments, LLC and Massood Daneshpajooh | § | From the 96th District Court |
| | § | of Tarrant County (96-244268-10) |
| v. | § | |
| | § | May 1, 2014 |
| Shawn Shahbazi, Shell On Western, Inc. and Royal West Investment LLC, Series E | § | |
| | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellants U.S. Capital Investments, LLC and Massood Daneshpajooh shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier_____
Justice Bill Meier